IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| GEORGE SOSA and<br>MIDLAND MAJESTIC, LLC<br>　　*Plaintiffs,* | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 7:25-cv-00383 |
| SCOTTSDALE INSURANCE COMPANY<br>　　*Defendant.* | §<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs George Sosa and Midland Majestic, LLC and Defendant Scottsdale Insurance Company provide notice to the Court that Plaintiffs and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

2

Respectfully submitted,

| */s/ Michael B. McKinney* (w/ permission PMK) | */s/ Patrick M. Kemp* |
|---|---|
| Michael B. McKinney | Patrick M. Kemp |
| Texas Bar No. 13722000 | Texas Bar No. 24043751 |
| mbmckinney@mckinneytighe.com | pkemp@smsm.com |
| McKinney & Tighe L.L.P. | Robert G. Wall |
| 24 Smith Road | Texas Bar No. 24072411 |
| Suite 505, Tgaar Tower | rwall@smsm.com |
| Midland, TX 79705 | Segal McCambridge Singer & Mahoney |
| (432) 684-0000 | 100 Congress Avenue, Suite 800 |
| (432) 684-0026 – Facsimile | Austin, Texas 78701 |
|  | (512) 476-7834 |
| **ATTORNEYS FOR PLAINTIFFS GEORGE SOSA AND MIDLAND MAJESTIC LLC** | (512) 476-7832 - Facsimile |
|  | **ATTORNEYS FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY** |

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this the 8th day of December, 2025 to:

Michael B. McKinney
McKinney & Tighe L.L.P.
24 Smith Road
Suite 505, Tgaar Tower
Midland, TX 79705
mbmckinney@mckinneytighe.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp

2